**Hedelito Trinidad Y GARCIA, Petitioner–Appellee,**

v.

**Michael BENOV, Warden, Metropolitan Detention Center–Los Angeles, Respondent–Appellant.**

No. 09–56999.

United States Court of Appeals, Ninth Circuit.

Feb. 28, 2011.

Craig Anthony Harbaugh, Assistant Federal Public Defender, Sean Kevin Kennedy, Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellee.

Jason Paul Gonzalez, Assistant U.S. Attorney, Daniel Scott Goodman, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, Douglas Neal Letter, Esquire, Lisa A. Olson, Esquire, DOJ–U.S. Department of Justice, Washington, DC, U.S. Attorney, Esquire, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Respondent–Appellant.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3.

Judge Murguia did not participate in the deliberations or vote in this case.